**Andrew P. Holland/Bar No. 224737**
**aholland@thoits.com**
**Mark V. Boennighausen/Bar No. 142147**
**mboennighausen@thoits.com**
**Misasha S. Graham/Bar No. 237187**
**mgraham@thoits.com**
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

**Attorneys for Plaintiff**
**Color Image Apparel, Inc.**

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLOR IMAGE APPAREL, INC., a California corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**FITCAPRI, INC.**<br><br>Defendant. | Case No.  2:18-cv-02192-RGK-PLA<br><br>**ORDER RE STIPULATED ORDER AND CONSENT JUDGMENT** |

SO ORDERED.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 23, 2018

*Gary Klausner*

Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE